### WRIGHT & COBB LIGHTERAGE CO. et al. v. WARREN, MOORE & CO.

(Circuit Court of Appeals, Second Circuit. January 26, 1922.)

No. 162.

Wharves ☞20(1)—Person inviting boat to use wharf held liable for injury from known danger.

 Regardless of the nature of a wharfinger's liability, any person is liable for injuries to a boat which went where she did at his invitation and for his service, if such person knew of the danger which produced the injury, and negligently failed to guard against the probable consequences of obedience to his own orders.

Appeal from the District Court of the United States for the Southern District of New York.

Libel in admiralty by the Wright & Cobb Lighterage Company and another against Warren, Moore & Co. Decree for libelants, and respondent appeals. Affirmed.

Peaslee & Compton, of New York City (Amos J. Peaslee, of New York City, of counsel), for appellant.

Foley & Martin, of New York City (William J. Martin and George V. A. McCloskey, both of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. We agree with all the findings of fact made by Learned Hand, District Judge, in the court below.

The case is not one, strictly speaking, of suit against a wharfinger, and it is not necessary to consider the limits or nature of a wharfinger's liability. It is enough that the boat went where she did at respondent's invitation, by respondent's orders, and for respondent's service, and that respondent knew of the danger which produced injury, and negligently failed to guard against the plainly probable consequences of obedience to its own orders.

Decree affirmed, with interest and costs.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes